IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| SALVATORE NEWSUAN | : | No. 06-729-3 |

## ORDER

**AND NOW**, this 7th day of July, 2021, upon consideration of Salvatore Newsuan's Request for Relief (Doc. No. 389), his Motion for Compassionate Release (Doc. No. 393), the Government's Response in Opposition (Doc. No. 394), and Mr. Newsuan's Objections to the Government's Response (Doc. No. 397), it is **ORDERED** that Mr. Newsuan's Motion (Doc. No. 393) and his Request for Relief (Doc. No. 389) are **DENIED** for the reasons set forth in the accompanying Memorandum.[1]

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Mr. Newsuan is proceeding *pro se*. Additionally, although his Request for Relief (Doc. No. 389) was not submitted as a motion, given that the relief sought was substantially the same, the Court considered it in conjunction with Mr. Newsuan's Motion for Compassionate Release (Doc. No. 393).

1